**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PATRICK RYAN JOHNSON**                                             **CIVIL ACTION**

**VERSUS**                                                                         **NO. 21-1698**

**TANGIPAHOA PARISH JAIL, ET AL.**                          **SECTION: "B"(1)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the following official-capacity claims against Sheriff Daniel Edwards and Warden Heath Martin are allowed to proceed pending further development: (1) the claim that inmates are not provided useable writing implements; (2) the claim that trustees are allowed to perform their duties in a manner which exposes inmates to harm; and (3) the claim that inmates are not provided access to books.

**IT IS FURTHER ORDERED** that all of plaintiff's other claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this 16th day of May, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE