# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**PATRICK RYAN JOHNSON**  **CIVIL ACTION**

**VERSUS**  **NO. 21-1698**

**TANGIPAHOA PARISH JAIL, ET AL.**  **SECTION: "B"(1)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 6th day of February, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE